LISA GILFORD (State Bar No. 171641)
CHRISTINE ROBERTS (State Bar No. 265396)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100
Lisa.Gilford@Alston.com
Christine.Roberts@Alston.com

Attorneys for Defendant T-MOBILE USA, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ABDULLAH-EZZANI,<br><br>        Plaintiff,<br><br>   v.<br><br>T-MOBILE USA, INC.,<br><br>        Defendant. | Case No.: 2:13-CV-00517 JAM-DAD<br><br>**STIPULATED ORDER GRANTING T-MOBILE USA, INC.'S MOTION TO COMPEL ARBITRATION AND STAY CLAIMS** |

It is hereby stipulated and agreed by and among Plaintiff Ali Abdullah-Ezzani and Defendant T-Mobile USA, Inc. ("T-Mobile"), subject to the approval of the Court, as follows:

1.      On January 18, 2013, Plaintiff filed his Complaint for Violation of Rosenthal Fair Debt Collection Practices Act; and Telephone Consumer Protection Act in the Superior Court of the State of California for the County of Sacramento (the "State Court Action").

2.      On March 14, 2013, T-Mobile removed the State Court Action to this Court.

3.      On March 28, 2013, T-Mobile filed a Motion to Compel Arbitration based on the arbitration agreement contained in Plaintiff's Terms and Conditions of service.  T-Mobile's Motion to Compel Arbitration also seeks a stay of this action

1
STIPULATED ORDER GRANTING T-MOBILE USA, INC.'S MTN. TO COMPEL ARB. AND STAY CLAIMS

pending the results of the arbitration between the parties.

4. Upon the joint stipulation between Plaintiff and T-Mobile, it is hereby ORDERED that Defendant T-Mobile USA, Inc.'s Motion to Compel Arbitration is GRANTED, and all litigation against T-Mobile USA, Inc. is STAYED until completion of the arbitration between Plaintiff and T-Mobile. The hearing on Defendant T-Mobile USA, Inc.'s Motion to Compel Arbitration, set for May 15, 2013, is hereby removed from the Court's calendar.

**IT IS SO ORDERED.**

Dated: 5/10/13

/s/ John A. Mendez_____
The Honorable John A. Mendez
Judge of the United States District Court

Respectfully submitted,

DATED:  May 8, 2013         LISA GILFORD
                            CHRISTINE ROBERTS
                            **ALSTON & BIRD LLP**


                            /s/ Lisa Gilford_____
                            Lisa Gilford
                            Attorney for Defendant T-MOBILE USA, INC.


DATED:  May 8, 2013         TODD M. FRIEDMAN
                            NICHOLAS J. BONTRAGER
                            SUREN N. WEERASURIYA
                            **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**


                            /s/Todd M. Friedman (as authorized on May 7, 2013)
                            Todd M. Friedman
                            Attorney for Plaintiff Ali Abdullah-Ezzani

2
STIPULATED ORDER GRANTING T-MOBILE USA, INC.'S MTN. TO COMPEL ARB. AND STAY CLAIMS